IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Edwards, Jerry

Printed: 7/22/08

Case Number: 08 B 00309
Judge: Wedoff, Eugene R
Filed: 1/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 29, 2008
Confirmed: March 6, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,912.00 |  |
| Secured: |  | 1,500.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,240.03 |
| Trustee Fee: |  | 171.97 |
| Other Funds: |  | 0.00 |
| Totals: | 2,912.00 | 2,912.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 1,240.03 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | DaimlerChrysler Servs North America | Secured | 21,869.49 | 1,500.00 |
| 6. | Home Loan Services | Secured | 4,319.20 | 0.00 |
| 7. | Home Loan Services | Secured | 14,940.15 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 150.90 | 0.00 |
| 9. | Check N Go | Unsecured |  | No Claim Filed |
| 10. | Midamerica Cardiovascular Consultants | Unsecured |  | No Claim Filed |
| 11. | Oak Lawn Radiologists SC | Unsecured |  | No Claim Filed |
| 12. | Affinity Cash Loans | Unsecured |  | No Claim Filed |
| 13. | Affinity Cash Loans | Unsecured |  | No Claim Filed |
| 14. | SST | Unsecured |  | No Claim Filed |
|  |  |  | $ 44,279.74 | $ 2,740.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 85.00 |
| 6.5% | 86.97 |
|  | $ 171.97 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Edwards, Jerry | Case Number:  08 B 00309 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/22/08 | Filed:  1/8/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

